# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132385

DOUGLAS D. JONES,
　　　　　Plaintiff-Appellee,

v

KATHLEEN P. OLSON and TODD R. OLSON,
　　　　　Defendants-Appellants.

SC: 132385
COA: 268929
Wexford CC: 05-018785-NI

_____/

On order of the Court, the application for leave to appeal the September 21, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the Court of Appeals erred in reversing the trial court's grant of the defendants' motion for summary disposition, in light of *Kreiner v Fischer* and *Straub v Collette*, 471 Mich 109 (2004). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2007

Clerk

d0605